[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-16081
Non-Argument Calendar
_____

D.C. Docket No. 6:03-cr-00223-GKS-DAB-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEROME E. WILLIAMS,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 10, 2013)

Before MARCUS, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, appointed counsel for Jerome E. Williams in this appeal

from the partial grant of Williams's motion for a sentence reduction, 18 U.S.C.

§ 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's partial grant of Williams's § 3582(c)(2) motion is **AFFIRMED**.